UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05CR00477 ERW |
| | ) |
| JARELLE GATLIN, | ) |
| | ) |
| Defendant. | ) |

### ORDER RELATING TO TRIAL

On November 18, 2005, Defendant's Motion for Medical Treatment [doc. #21] was granted and Defendant was Ordered transferred to a Bureau of Prisons Medical Facility for appropriate medical treatment. Defendant's hospitalization tolls the provisions set forth by the Speedy Trial Act 18 U.S.C. § 3161(h)(1)(A) and the current trial setting of January 23, 2006, will be vacated pending Defendant's release from the medical facility.

Accordingly,

**IT IS HEREBY ORDERED** that within the guidelines set forth under the Speedy Trial Act, 18 U.S.C. § 3161, the Jury Trial in this matter shall be held on **March 1, 2006**, at **8:30 a.m.**

So Ordered this 3rd Day of January, 2006.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE