UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CR00477 ERW (AGF) |
| ) | |
| JARELLE GATLIN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Court will hold a hearing on Defendant's waiver of motions (Doc. #28), on **Thursday, May 11, 2006, at 12:30 p.m.** Defendant and his attorney will attend by telephone from the U.S. Medical Center in Springfield, Missouri.

AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 28th day of April, 2006.